UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
VALLEY ELECTRONICS AG, VALLEY
ELECTRONICS GMBH, and VALLEY
ELETRONICS, LLC,

                              JUDGMENT

              Plaintiffs,              20-CV-2133 (ARR) (LB)

   v.

CHELSEA B. POLIS,

              Defendant.
---------------------------------------------------------------X

      An Opinion and Order of Honorable Allyne R. Ross, United States District Judge, having been filed on August 6, 2021, granting defendant's motion to dismiss; and dismissing plaintiffs' claims; it is

      ORDERED and ADJUDGED that defendant's motion to dismiss is granted; and that plaintiffs' claims are dismissed.

Dated: Brooklyn, New York                          Douglas C. Palmer
       August 9, 2021                                 Clerk of Court

                                                           By:    */s/Jalitza Poveda*
                                                                       Deputy Clerk